# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

131422 & (69)(70)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHLEEN M. BURKE,
      Plaintiff-Appellee,
      Cross-Appellant,

v

DETROIT PUBLIC SCHOOLS and RONALD
GENE ALEXANDER,
      Defendants-Appellants,
      Cross-Appellees.

SC: 131422
COA: 262983
Wayne CC: 03-329066-CD

_____/

      On order of the Court, the motion to expand the record is DENIED. The application for leave to appeal the May 2, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk

t0117